ARTHUR H. VAN PELT, Respondent, v. WILLIAM M. BARRETT, as President of ADAMS EXPRESS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEXANDER E. BLOCK, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA SPRING, Respondent, v. JACOBS-GREEN REALTY COMPANY, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY BICZAN, Appellant, v. SAMUEL WEIL and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FAY BECHTOL NEY, Respondent, v. K. WINFIELD NEY, Appellant. — Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AMERICAN UNION BANK, Appellant, v. EMMA BERNSTEIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents.

IDA SILVERSTEIN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ., Merrell, J., dissents and votes for reversal and a new trial.

ELIZABETH CHANKALIAN, Respondent, v. JAMES M. CHANKALIAN, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents.

REBECCA SCHWEITZER, as Executrix, etc., of PETER J. SCHWEITZER, Deceased, Appellant, v. JAMES F. FARGO, as Treasurer, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN LA TERRA, Respondent, v. TOMPKINS KIEL MARBLE Co., INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BROADWAY-PROSPECT, INC., Appellant, v. MEYER EPSTEIN, Respondent.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Finch, J., dissent.

HELEN SCHROEDER, Appellant, v. SAMUEL BUCHLER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., dissents.